# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ERIC MONTANEZ, | 2:21-CV-11645-TGB |
| Plaintiff, | |
| | **JUDGMENT** |
| vs. | |
| ERNESTO SALINAS, ET AL., | |
| Defendants. | HONORABLE TERRENCE G. BERG |

For the reasons stated in the Order Adopting Report and Recommendation (ECF No. 34), entered on December 19, 2023, the case is DISMISSED WITH PREJUDICE.

KINIKIA ESSIX
CLERK OF THE COURT

Dated: December 19, 2023          By: s/A. Chubb _____
                                  Deputy Clerk

APPROVED AS TO FORM:

/s/Terrence G. Berg_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE